**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN STERLING MYERS, STERLING CAPITAL, LLC, AND STERLING CAPITAL MANAGEMENT, LLC,**<br><br>**Defendants.** | **Case No. 1:26-cv-6696** |

**MOTION FOR ENTRY OF PARTIAL JUDGMENTS BY CONSENT AS TO DEFENDANTS JOHN STERLING MYERS, STERLING CAPITAL, LLC, AND STERLING CAPITAL MANAGEMENT, LLC**

Plaintiff, the Securities and Exchange Commission ("SEC"), respectfully moves the Court to enter the proposed Partial Judgments ("Proposed Judgments") as to Defendants John Sterling Myers ("Myers"), Sterling Capital, LLC ("Sterling Capital"), and Sterling Capital Management, LLC ("SCM") (collectively, "Defendants") based on Defendants' signed consents. Copies of Defendants' Proposed Judgments are attached hereto as Exhibit 1 (Myers), Exhibit 2 (Sterling Capital), and Exhibit 3 (SCM) and Defendants' Consents to entry of the Proposed Judgments are attached as Exhibit 4 (Myers), Exhibit 5 (Sterling Capital), and Exhibit 6 (SCM). In support of this motion, the SEC states as follows:

1. The SEC filed its Complaint against Defendants on June 6, 2026. (Dkt. # 1). The Complaint alleges that Defendants violated the antifraud provisions of the federal securities laws, including Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder,

Section 17(a) of the Securities Act of 1933, and Sections 206(1), (2), and (4) of the Investment Advisers Act of 1940 and Rule 206(4)-8 thereunder.

2. The SEC and Defendants, in partial settlement of the SEC's claims, have agreed to the entry of the Proposed Judgments. In their Consents, Defendants agree to the relief sought in the Proposed Judgments. (*See* Exs. 4 – 6).

3. The Proposed Judgments eliminate the need to litigate the merits of Defendants' liability and seek (a) permanent injunctive relief against Defendants and (b) conduct-based injunctive relief against Myers.

4. The Proposed Judgments further provide that, upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and/or a civil penalty and, if so, the amount(s) of the disgorgement and/or civil penalty. The SEC anticipates moving for monetary remedies at a later stage of proceedings. For the purpose of that determination, the parties agree that the Court would accept the allegations in the Complaint as true. (Ex. 4, ¶ 3; Ex. 5, ¶ 3; Ex. 6, ¶ 3).

5. In SEC enforcement actions, Courts have routinely entered judgment based on this type of bifurcated settlement and have adopted the procedures described in the Consents and Proposed Judgments for the relief phase of proceedings. *See, e.g., SEC v. Williky,* 942 F.3d 389 (7th Cir. 2019); *SEC v. Zenergy Int'l, Inc.*, 2016 WL 5080423 (N.D. Ill. Sept. 20, 2016); *SEC v. Resources Planning Group, Inc.*, Case No. 12-cv-9509, Docket No. 51 (N.D. Ill. Sept. 29, 2014).

6. In the Consents, Defendants agree that the SEC "may present the [Proposed] Judgment to the Court for signature and entry without further notice." (Ex. 4, ¶ 15; Ex. 5, ¶ 14, Ex. 6, ¶ 14).

7. Entry of the Proposed Judgments will conserve judicial resources, streamline the issues in this litigation, and save the SEC and Defendants the time and expense of continued litigation on the issue of liability.

**WHEREFORE**, for the reasons cited above, the SEC respectfully requests that the Court grant this motion and enter the Proposed Judgments.

Dated: October 14, 2026

Respectfully submitted,

By: */s/ Ashley E. Dalmau Holmes*
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Ashley E. Dalmau Holmes (DalmauHolmesA@sec.gov)
Michael Foster (FosterMi@sec.gov)
Dee A. O'Hair (OhairD@sec.gov)
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-3790
Facsimile: (312) 353-7398

**CERTIFICATE OF SERVICE**

On October 14, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notice.

/s/ *Ashley E. Dalmau Holmes*